UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Keyon Dooling

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21    -CR- 603( )( )

Defendant **Keyon Dooling** hereby voluntarily consents to participate in the following proceeding via  x   videoconferencing or  x   teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

*Keyon Dooling*
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
**Keyon Dooling**
_____
Print Defendant's Name

*Donald Yannella*
_____
Defendant's Counsel's Signature

**Donald Yannella**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/11/2022
_____
Date

*Katherine H P___*
_____
U.S. District Judge/U.S. Magistrate Judge