USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2022

Law Offices of
**Donald J. Yannella**
A Professional Corporation
Email: **nynjcrimlawyer@gmail.com**
Tel: **(212) 226-2883**
Fax: **(646) 430-8379**

**MEMO ENDORSED**

**70 Grand Avenue, Suite 100**
**River Edge, NJ  07661**

**233 Broadway, Suite 2370**
**New York, NY  10279**
(Preferred mailing address)

July 25, 2022

Hon Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY  10007

    Re:    U.S. v. Keyon Dooling
            21 Cr. 603 (VEC)

Honorable Judge Caproni:

    I am defense counsel for Keyon Dooling, who is released under Pretrial Supervision and currently resides in Utah.

    With the consent of United States Pretrial Officer Dominique Jackson and Assistant United States Attorney Ryan Finkel, I respectfully request permission for my client to:  (1) to permanently relocate to Orlando, Florida as of August 1, 2022; and (2) travel interstate in his new position in freight delivery as the driver of a box truck.  Mr. Dooling would be required to give 48-hour notice to his Pretrial Officer before leaving Florida.  As an interstate box truck driver, he would be permitted to travel to Georgia, South Carolina, North Carolina, Virginia, Washington D.C., Maryland, West Virginia, Kentucky, Tennessee, Alabama, Tennessee, Mississippi, Louisiana, and Texas.

    Sincerely,

    /s/

    Donald J. Yannella, Esq.

Application GRANTED.

SO ORDERED.

*Valerie Caproni*  07/28/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE