```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    07/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

KEYON DOOLING,

        Defendant(s).

-------------------------------------------------------------X

**CONSENT TO Appear BY Counsel and Waiver of In Person Appearance**

21-CR-603     (VEC)

Defendant <u>KEYON DOOLING</u> hereby voluntarily waives his personal appearance and consents to have his counsel participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

____ Plea/Trial/Sentence

_Keyon Dooling by attorney DY_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

KEYON DOOLING
Print Defendant's Name

_[signature: Donald Yannella]_
Defense Counsel's Signature

Donald Yannnella, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

07/07/2022
Date

_[signature: Valerie Caproni]_
U.S. District Judge/U.S. Magistrate Judge