USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA             :
                                     :
        -against-                    :      21-CR-603 (VEC)
                                     :
                                     :          ORDER
KEYON DOOLING,                       :
                                     :
                        Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 6, 2022, the parties appeared for a change of plea hearing before Magistrate Judge Wang.

IT IS HEREBY ORDERED that Mr. Dooling will be sentenced on **Friday, February 17, 2023, at 11:00 A.M.** Pre-sentencing submissions are due no later than **February 3, 2023**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: September 9, 2022
      New York, NY

                              _____
                                    **VALERIE CAPRONI**
                                **United States District Judge**