USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                         :
                                                 :
    -against-                                  :     21-CR-603 (VEC)
                                                 :
                                                 :     ORDER
KEYON DOOLING,                                   :
                                                 :
                                 Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared before Magistrate Judge Wang for a change of plea hearing on September 6, 2022; and

    WHEREAS Mr. Dooling entered a plea of guilty to the lesser-included offense of conspiracy to commit healthcare fraud of Count 1 of the Superseding Information (S7).

    IT IS HEREBY ORDERED that, after considering the facts as allocuted by the Defendant, the Court finds that there was an adequate factual basis for Mr. Dooling's guilty plea to Count 1. The Court further finds that Mr. Dooling understood the rights he was giving up and waived those rights knowingly and voluntarily. The Court find Mr. Dooling understood the consequences of his plea, including the potential sentences that may be imposed. Because the Court finds that the Defendant's guilty plea to Count 1 was entered knowingly and voluntarily and was supported by an independent factual basis for each and every element of the crime charged, the Court now accepts his guilty plea.

**SO ORDERED.**

Date:  September 30, 2022
        New York, NY

                                                                    **VALERIE CAPRONI**
                                                                    **United States District Judge**