USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2022

Law Offices of
**Donald J. Yannella**
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379



**70 Grand Avenue, Suite 100**
**River Edge, NJ 07661**

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

October 5, 2022

Hon Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    U.S. v. Keyon Dooling
            21 Cr. 603 (VEC)

Honorable Valerie Caproni:

    I am defense counsel for Keyon Dooling, who is released under Pretrial Supervision with travel restrictions. Mr. Dooling resides in Florida. I respectfully request permission for my client to travel to Philadelphia, Pennsylvania, for a speaking engagement at a conference called, "One Day At A Time Recovery, Inc. Mr. Dooling would leave Florida on October 13, 2022, and return on October 15, 2022.

    Pretrial Officer Dominique Jackson informs me that Pretrial Services has no position on the defendant's travel as long as court approval is given and, if travel is permitted by the court, we send the order to pretrial services in the supervising district. Assistant United States Attorney Ryan Finkel informs me that he has no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Application GRANTED.

Defendant must provide his travel itinerary, including any flight information, and the location where he will be staying in Philadelphia, PA, to Pretrial Services.

SO ORDERED.

*Valerie Caproni*  10/05/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE