Case 1:21-cr-00603-VEC   Document 620   Filed 10/26/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2022

Law Offices of
**Donald J. Yannella**
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**MEMO ENDORSED**

70 Grand Avenue, Suite 100
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

October 25, 2022

Hon Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

    Re:   U.S. v. Keyon Dooling
            21 Cr. 603 (VEC)

Honorable Valerie Caproni:

    I am defense counsel for Keyon Dooling, who is released from custody with travel restrictions.

    Your Honor previously signed an Order (Doc. 585) granting permission for Mr. Dooling to travel to Philadelphia, Pennsylvania, for a speaking engagement at a conference called: One Day at a Time Recovery, Inc. Mental Health Symposium. That speaking engagement, originally scheduled for October 13, 2022, was rescheduled for this week.

    Mr. Dooling respectfully requests permission to travel from his residence in Florida to Philadelphia, Pennsylvania on October 27, 2022 and return home on October 29, 2022.

    Pretrial Officer Dominique Jackson informs me that Pretrial Services has no position on the defendant's travel as long as court approval is given and, if travel is permitted by the court, we send the order to pretrial services in the supervising district. Assistant United States Attorney Ryan Finkel informs me that he has no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Application GRANTED. Defendant must provide Pretrial Services with his itinerary and the location where he will be staying.
SO ORDERED.

*[signature]* 10/25/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE