USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/03/2023

**MEMO ENDORSED**

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100  
River Edge, NJ 07661

299 Broadway, Suite 800  
New York, NY 10007  
(Preferred mailing address)

February 3, 2023

Hon. Valerie E. Caproni  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: United States v. Keyon Dooling, 21 Cr 603 (VEC)

Hon. Valerie Caproni:

I am counsel for Keyon Dooling, who is scheduled to be sentenced on February 17, 2023. Pursuant to Rule 3 of Your Honor's local rules, I respectfully request permission to file under seal:

Exhibits A and B: McLean Hospital psychiatric and medical records from September 2012.

Exhibit C: Brenda Dooling's account of August 2012 post-traumatic stress disorder incident;

Exhibit D: a letter from my client's counselor, Ronald Kimmons.

Exhibit E: portion of letter from Mr. Dooling's wife addressing marriage and psychological issues.

Also, I request permission to redact portions of the sentence memorandum that address those issues. AUSA Ryan Finkel informs me that he has not objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Application GRANTED.

SO ORDERED.

*Valerie Caproni* 02/03/2023

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE