

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/17/2023

**Law Offices of**
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

70 Grand Avenue, Suite 100     299 Broadway, Suite 800
River Edge, NJ 07661     New York, NY 10007
    (Preferred mailing address)

February 17, 2023

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:     United States v. Keyon Dooling, 21 Cr 603 (VEC)

Hon. Valerie Caproni:

    I am counsel for Keyon Dooling, who was sentenced to a term of 30 months' imprisonment today. His surrender date was set for Saturday, April 29, 2023.

    In order for Mr. Dooling to get his financial and family affairs in order, he respectfully requests that his surrender date be changed to June 3, ~~3023~~ 2023.

    AUSA Ryan Finkel informs me that he has no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Application GRANTED.

SO ORDERED.

*[signature]* 02/17/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE